UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN RENE ONTIVEROS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No. 2:17-cv-1740 CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion seeking access to the law library at his prison, but he has not specifically indicated why such access is necessary at this time. The court has screened plaintiff's complaint and is awaiting plaintiff's return of documents necessary for service of process upon the Chief Medical Officer at California State Prison, Sacramento.

/////
/////
/////
/////
/////
/////
/////

1

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's September 18, 2017 motion for an order directing officials at his prison to provide him with law library access (ECF No. 15) is denied without prejudice to plaintiff filing a motion establishing that such access is needed for plaintiff's pursuit of this action.

Dated: October 5, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1
onti0740.ll
_____